**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Kum Ye McClelland, et al.
                                      Plaintiff,

v.                                                Case No.: 1:16−cv−08008
                                                           Honorable Matthew F. Kennelly

Cozy World, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 12, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and show cause hearing held on 4/12/2017. Defendant Oie Za Moon does not appear and is held in default. Prove up hearing set for 4/26/2017 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.