## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Kum Ye McClelland, et al.

                                  Plaintiff,

v.                                              Case No.: 1:16−cv−08008
                                                    Honorable Matthew F. Kennelly

Cozy World, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

        MINUTE entry before the Honorable Matthew F. Kennelly: Prove up hearing held on 4/26/2017. Prove up materials are sufficient to establish judgment in favor of all three plaintiffs and against all defendants, jointly and severally, in the amount of $54,609.55. Memorandum of judgment and judgment to follow. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.