**MEMORANDUM OF JUDGMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTRHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KUM YE McCLELLAND, KUNG LIM ZYUNG, and JUNG SOON LEE | ) ) ) | |
| Plaintiffs, | ) | No: 16-CV-8008 |
| Vs. | ) ) | |
| COZY WORLD, INC., CHANG HYUN MOON and OIE ZA MOON | ) ) ) ) | |
| Defendants | ) | |

**THIS DOCUMENT PREPARED BY:**

Name:             Inseed Law, P.C.
Attorney for:   Plaintiff
Address:         2454 E. Dempster St. Ste 301
City:                Des Plaines, IL 60016
Telephone:     847-905-6262
Attn. No.        49953

**Judgment rendered AGAINST:**

Cozy World, Inc., Chang Hyun Moon and Oie Za Moon
25547 W. Bluestem Road, Round Lake, Illinois 60073

**Judgment rendered: $54,609.55 plus costs, accrued interest and attorney fees.**
**In favor of:**
Kum Ye McClelland, Kung Lim Zyung and Jung Soon Lee
C/O 2454 E Dempster St. Ste 301 Des Plaines, IL 60016

**Court Case No.: 16-cv-8008**

SIGNED: April 26, 2017

_/s/ Matthew Kennelly_
Judge Matthew F, Kennelly