# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

KUM YE McCLELLAND, KUNG LIM ZYUNG, and JUNG SOON LEE,

Plaintiff(s),

v.

COZY WORLD, INC., CHANG HYUN MOON and OIE ZA MOON,

Defendant(s).

Case No. 16 C 8008
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the plaintiffs, Kum Ye McClelland, Kung Lim Zyung and Jung Soon Lee against defendants, Cozy World, Inc., Chang Hyun Moon and Oie Za Moon, jointly and severally, in the amount of $54,609.55 plus attorney's fees and cost, post judgment interest, and costs of collection.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.

Date: 4/27/2017                                  Thomas G. Bruton, Clerk of Court

                                                 Pamela J. Geringer, Deputy Clerk